PETER ALEXANDER v. SCHOOL DIRECTORS OF 9th SCHOOL DISTRICT.

All agreements relative to personal property, and all contracts for the payment of money, where the value does not exceed $500, which are not reduced to writing, may be proved by any competent evidence ; such contracts or agreements above $500 in value, must be proved at least by one credible witness, and other corroborating circumstances. C. C. 2257.

APPEAL from the District Court of the Parish of Madison, *Farrar*, J.

*T. P. Farrar*, for plaintiff and appellant. *Short & Parham*, for defendants.

VOORHIES, J. The plaintiff's claim is on a *quantum meruit* for professional services rendered in the cases of *Wm. Bright* v. *School Directors*, &c., and of *School Directors*, &c., v. *N. D. Coleman*.

This demand is resisted on the ground, as alleged, that there was a contract between the parties, and that the amount stipulated has been paid.

This defence is supported by the testimony of a single witness, uncorroborated ; and the amount in question exceeds the sum of five hundred dollars. C. C. 2257. So far from there being corroborating circumstances, the reverse is the case : upon the face of the draft, to which our attention is called, it appears that the amount in question was paid for services rendered in the case of *W. H. Bright* v. *School Directors*, &c. The defence has, therefore, proven to be a failure.

The question is now narrowed down to fixing the value of the services in the other case, that is, *School Directors*, &c., v. *N. D. Coleman*. The proof will justify an award for the sum of five hundred dollars.

It is, therefore, ordered and decreed, that the judgment of the District Court be avoided and reversed, and that the plaintiff do have judgment against the defendants in the sum of five hundred dollars, with legal interest from the sixteenth day of November, A. D. eighteen hundred and fifty-eight, with costs in both Courts.